IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEENA ALEXANDER**, on behalf of herself and all others similarly situated,<br>*Plaintiff* | : : : : | **CIVIL ACTION**<br><br>NO. 12-1461 |
| v. | : : | |
| **COAST PROFESSIONAL INC**, *et al.*<br>*Defendants* | : : | |

# ORDER

**AND NOW**, this 5th day of September 2014, upon consideration of the *motion for class certification* filed by Plaintiff Sheena Alexander pursuant to Federal Rule of Civil Procedure 23, [ECF 55], Defendant's opposition thereto, [ECF 57], Plaintiff's reply, [ECF 60], Defendant's sur-reply, [ECF 63], Plaintiff's response to the sur-reply, [ECF 66], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. This action is hereby certified as a class action pursuant to Federal Rule of Civil Procedure 23, on behalf of the following class:

> All residents of the Commonwealth of Pennsylvania with Federal FFELP and/or Direct Loans whose loans were serviced by Coast Professional, Inc., in default, had no judgments related to the default, were not previously rehabilitated and were otherwise qualified for rehabilitation and who did not pursue an offer of balance in full or settlement in full payment.

It is further **ORDERED** that Plaintiff Sheena Alexander is hereby designated as the representative of the class, and the law firms of Seeger Weiss LLP, the Law Offices of Robert P. Cocco PC and the Law Offices of Joshua Cohen, shall serve as class counsel.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.